*Mr. H. A. Ledbetter* for petitioners. *Solicitor General Biggs* and *Messrs. Erwin N. Griswold, Aubrey Lawrence,* and *E. T. Burke* for the United States.

No. 251. FIDELITY SAVINGS & LOAN ASSN. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. W. H. Orrick* and *T. W. Dahlquist* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *John H. McEvers* for respondent.

No. 252. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* HUTCHINSON COAL CO. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Solicitor General Biggs* and *Messrs. Sewall Key* and *Andrew D. Sharpe* for petitioner. No appearance for respondent.

No. 253. COMAR OIL CO. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Truman Post Young* for petitioner. *Solicitor General Biggs, Mr. Sewall Key,* and *Miss Helen R. Carloss* for respondent.

No. 254. FIRST NATIONAL BANK *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. Robert Sherrod* for petitioner. *Solicitor General*